

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MYERS, | ) |
| Plaintiff, | ) 3: 09-cv-0159-BES-RAM |
| vs. | ) |
| | ) ORDER |
| M. OXBORROW, et al., | ) |
| Defendants. | ) |

Plaintiff, a prisoner at Ely State Prison, has submitted a *pro se* civil rights complaint received March 30, 2009, and an application to proceed *in forma pauperis* (Docket #1). On April 30, 2009, the court entered an order denying plaintiff's application to proceed *in forma pauperis*, without prejudice to his filing a new, fully completed application (Docket #3). The court further ordered that plaintiff must, within thirty days, do one of the following: (1) pay the full filing fee of $350, or (2) file a fully completed application to proceed *in forma pauperis* on the correct form, including a financial certificate signed by an authorized prison or jail officer. The court cautioned plaintiff that if he did not timely comply with the court's order, dismissal of this action might result.

On May 20, 2009, plaintiff filed another application to proceed *in forma pauperis* (Docket #5). As was the case with plaintiff's first application, the second application is incomplete because it does not contain a financial certificate signed by an authorized prison or jail officer.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice for plaintiff's failure to obey the court's order that he either pay the filing fee in this case or submit a fully completed application to proceed *in forma pauperis*.

DATED this 22nd day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE

2